ANNIE M. MARSH, Respondent, *v.* JAMES JOHNSTON et al., Appellants.

*Marsh* v. *Johnston,* 125 App. Div. 597, affirmed.
(Argued June 17, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract to sell real property.

*Francis Stockton McDivitt* and *A. W. Burlingame, Jr.,* for appellants.

*Henry Escher, Jr., George F. Elliott* and *Jay S. Jones* for respondent.

Judgment affirmed, with costs; no opinion.
Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.